UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 12-2550 |
| JUAN CRUZ-ALVARADO | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Sarah Wolfe, Assistant U.S. Attorney), and defendant Juan Cruz-Alvarado (by Andrea Bergman, Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter for a period of thirty (30) days to allow the parties to negotiate a plea agreement and thereby avoid any grand jury proceedings or trial, and no continuance having previously been granted by the Court, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are in progress and the parties would like additional time to finalize a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 24th day of July, 2012,

ORDERED that this action be, and it hereby is, continued for a period of thirty (30) days from the date this Order is signed; and it is further

ORDERED that the period of thirty (30) days from the date this Order is signed shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry
consented to:

_____
Sarah M. Wolfe
Assistant U.S. Attorney

_____
Andrea Bergman, Esq.
Counsel for defendant Juan Cruz-Alvarado

 **U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

402 East State Street, Room 430
Trenton, New Jersey 08608

July 24, 2012

Hon. Douglas E. Arpert
U.S. District Judge
Clarkson S. Fisher Building
& U.S. Courthouse
Trenton, New Jersey 08608

    RE: United States v. Juan Cruz-Alvarado
        Mag. No. 12-2550

Dear Judge Arpert:

    Enclosed please find a proposed continuance order in the above-referenced matter. No prior continuance orders have been entered in this case. The parties seek a continuance to allow the parties to negotiate a potential plea agreement.

    If the order meets with your approval, please execute the order and kindly cause it to be entered.

                Respectfully submitted,

                PAUL J. FISHMAN
                United States Attorney

                s/ Sarah M. Wolfe
                By: Sarah M. Wolfe
                Assistant U.S. Attorney

cc: Andrea Bergman, Esq. (via email)